UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEBBIE JO DEGRAND,

    Plaintiff,

File No. 2:10-cv-43

v.

HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On September 9, 2010, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that this case be dismissed due to Plaintiff's failure to prosecute. (Dkt. No. 11.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 9, 2010, R&R (Dkt. No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** in its entirety.


Dated: October 6, 2010          /s/ Robert Holmes Bell
                                                 ROBERT HOLMES BELL
                                                 UNITED STATES DISTRICT JUDGE